# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| OCEAN SEMICONDUCTOR LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>NXP SEMICONDUCTORS N.V., NXP B.V., and NXP USA, INC.,<br><br>   Defendants. | Civil Action No. 6:20-cv-1212-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 21, Defendant NXP USA, Inc. ("Remaining Defendant"), Defendants NXP B.V. and NXP Semiconductors N.V. ("Foreign Defendants"), and Plaintiff Ocean Semiconductor, LLC ("Ocean" or "Plaintiff") stipulate and jointly move to dismiss the Foreign Defendants as misjoined parties to this lawsuit without prejudice and with no award of fees or costs, based on the following:

  1.  The Foreign Defendants represent to Plaintiff that they are misjoined parties because they do not conduct any of the activities accused in this lawsuit and do not make, use, offer to sell, or sell in the United States or import into the United States, any of the accused products identified in the Complaint.

  2.  The Foreign Defendants represent to Plaintiff that they are misjoined parties because they do not make, use, offer to sell, or sell in the United States or import into the United States, any of the Accused Products identified in the Complaint.  The Remaining Defendant agrees that the Foreign Defendants are misjoined, that it books all relevant revenues, costs, and

profits for the products/activities accused in the lawsuit, and that it has the ability to pay any judgment.

3. The Foreign Defendants represent to Plaintiff that they do not possess discoverable information relevant to this lawsuit. Upon entry of an order of dismissal of the Foreign Defendants without prejudice, for the purposes of discovery in this matter, the Remaining Defendant and the Foreign Defendants agree that all information, witnesses, and documents in the possession, custody, or control of the Foreign Defendants, if any, shall be deemed in the possession, custody, or control of the Remaining Defendant, but only to the extent they may be relevant to this litigation, and they are not otherwise available from Remaining Defendant. Plaintiff and Remaining Defendant agree to meet and confer in good faith to resolve any objections consistent with the above agreement, including without limitation objections to the nature or scope of any requests for documents, information, testimony, or any other discoverable matter.

4. If later information or discovery reveals that the Foreign Defendants should be parties to this lawsuit, Plaintiff reserves the right to seek joinder of the Foreign Defendants to this lawsuit, and both the Foreign Defendants and the Remaining Defendant agree that they will not oppose such a joinder.

- 3 -

DATED: May 12, 2021

| DEVLIN LAW FIRM LLC | SHELTON COBURN LLP |
|---|---|
| By: */s/ Alex Chan* <br> Timothy Devlin <br> tdevlin@devlinlawfirm.com <br> Henrik D. Parker <br> hparker@devlinlawfirm.com <br> Alex Chan <br> Texas State Bar No. 24108051 <br> achan@devlinlawfirm.com <br> 1526 Gilpin Ave. <br> Wilmington, Delaware 19806 <br> Telephone: (302) 449-9010 <br> Facsimile: (302) 353-4251 <br><br> *Attorneys for Plaintiff Ocean Semiconductor LLC* | By: /s/ *Bradley Coburn* <br> Barry K. Shelton <br> bshelton@sheltoncoburn.com <br> Texas State Bar No. 24055029 <br> Bradley Coburn <br> coburn@sheltoncoburn.com <br> Texas State Bar No. 24036377 <br> 311 RR 620, Suite 205 <br> Austin, TX 78734-4775 <br> Telephone: (512) 263-2165 <br><br> *Attorneys for NXP Defendants* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

*/s/ Alex Chan*
Alex Chan