IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>    Plaintiff<br><br>v.<br><br>NXP Semiconductors N.V., NXP B.V. and NXP USA, Inc.,<br><br>    Defendants. | Civil Action No. 6:20-cv-1212-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

**CASE READINESS STATUS REPORT**

Plaintiff Ocean Semiconductor LLC ("Ocean") and Defendant NXP USA, Inc. ("NXP") hereby provide the following status report in advance of the initial Case Management Conference (CMC).

**FILING AND EXTENSIONS**

Plaintiff's Complaint (Dkt. 1) was filed on December 31, 2020. There has been one extension for a total of forty-five days.

**RESPONSE TO THE COMPLAINT**

NXP responded to the Complaint with its Motion To Dismiss Claims For Failure to State a Claim Under 35 U.S.C. 271(g) ("Motion to Dismiss") (Dkt. 15) and Answer and Affirmative Defenses (Dkt. 16) on March 12, 2021.

**PENDING MOTIONS**

Currently pending before this Court are NXP's Motion to Dismiss (Dkt. 15); Ocean's Motion for Leave to File Sur-Reply in Opposition to Defendant NXP USA, Inc.'s Motion to Dismiss for Failure to State a Claim (Dkt. 20); and Ocean and NXP's joint Stipulation of

1

Dismissal of Defendants NXP B.V. and NXP Semiconductors N.V. (Dkt. 24).  Also pending is Ocean's Motion for Pre-Trial Consolidation of Co-Pending Related Cases (Dkt. 25).

## RELATED CASES IN THIS JUDICIAL DISTRICT

1. *Ocean Semiconductor LLC v Mediatek Inc. and Mediatek USA Inc*., Civil Action No. 6:20-cv-1210-ADA (W.D. Tex.)

2. *Ocean Semiconductor LLC v. NVIDIA Corporaton*, Civil Action No.: 6:20-cv-1211-ADA (W.D. Tex.)

3. *Ocean Semiconductor LLC v. Renesas Electronics Corporation and Renesas Electronics America, Inc*., Civil Action No.: 6:20-cv-1213-ADA (W.D. Tex.)

4. *Ocean Semiconductor LLC v. Silicon Laboratories Inc*., Civil Action No.: 6:20-cv-1214-ADA (W.D. Tex.)

5. *Ocean Semiconductor LLC v. STMicroelectronics, Inc*., Civil Action No.: 6:20-cv-1215-ADA (W.D. Tex.)

6. *Ocean Semiconductor LLC v. Western Digital Technologies, Inc*., Civil Action No.: 6:20-cv-1216-ADA (W.D. Tex.)

## IPR, CBM, AND OTHER PGR FILINGS

Defendant Western Digital Technologies ("WDT") in *Ocean Semiconductor LLC v. Western Digital Technologies* (Civil Action No.: 6:20-cv-1216-ADA) has filed an *inter partes review* petition (IPR2021-00864) on April 29, 2021, challenging the validity of one of eight patents asserted against WDT.  That patent has also been asserted in this action.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

In the Complaint, Plaintiff has alleged infringement of eight patents and a total of eight claims.  Plaintiff will set forth all asserted patents and claims in its preliminary infringement contentions.

## APPOINTMENT OF TECHNICAL ADVISER

The parties do not intend to request, nor anticipate a need for, a technical adviser at this juncture.

## MEET AND CONFER STATUS

Plaintiff and Defendant met and conferred.

The parties have no pre-Markman issues to raise at the case management conference other than those already identified in the pending motions (Dkt. 15;Dkt. 20; and Dkt. 24).

Dated: May 14, 2021

Respectfully Submitted,

| DEVLIN LAW FIRM LLC | SHELTON COBURN LLP |
|---|---|
| */s/ Alex Chan* | */s/Bradley D. Coburn* |
| Timothy Devlin | Barry K. Shelton |
| tdevlin@devlinlawfirm.com | Texas State Bar No. 24055029 |
| Henrik D. Parker | Bradley D. Coburn |
| hparker@devlinlawfirm.com | Texas State Bar No. 24036377 |
| Alex Chan | 311 RR 620, Suite 205 |
| State Bar No. 24108051 | Austin, TX 78734-4775 |
| achan@devlinlawfirm.com | bshelton@sheltoncoburn.com |
| 1526 Gilpin Avenue | coburn@sheltoncoburn.com |
| Wilmington, Delaware 19806 | Telephone: (512) 263-2165 |
| Telephone: (302) 449-9010 | Facsimile: (512) 263-2166 |
| Facsimile: (302) 353-4251 | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | *NXP Semiconductors N.V., NXP B.V. and* |
| *Ocean Semiconductor LLC* | *NXP USA, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2021, a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's CM/ECF system.

*/s/ Alex Chan*
Alex Chan